# EXHIBIT A



# Service of Process Transmittal
09/20/2021
CT Log Number 540267682

| | |
|---|---|
| **TO:** | Maria Bustamante, Paralegal-Litigation<br>United Airlines, Inc.<br>609 MAIN STREET, 16TH FLOOR/HSCPZ<br>HOUSTON, TX 77002-3167 |
| **RE:** | **Process Served in Massachusetts** |
| **FOR:** | United Airlines, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Carol Conway // To: United Airlines, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2184CV01506 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/20/2021 at 12:15 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/20/2021, Expected Purge Date: 09/25/2021 |
| | Image SOP |
| | Email Notification,  Tom Campuzano  thomas.d.campuzano@united.com |
| | Email Notification,  Maria Bustamante  maria.bustamante@united.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Sep 20, 2021

**Server Name:** Drop Service

| Entity Served | UNITED AIRLINES, INC. |
|---|---|
| Case Number | 2184CV01506 |
| Jurisdiction | MA |



# Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2184CV01506

__Carol Conway__, PLAINTIFF(S),

v.

__United Airlines, Inc.__, DEFENDANT(S)

## SUMMONS

THIS SUMMONS IS DIRECTED TO __United Airlines Inc.__ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Suffolk Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, __Suffolk__ Court, __Pemberton Sq, Boston, MA, 02108__ (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: __Adam H. Becker, Esq. Keches Law Group, 2 Granite Ave, Suite 400, Milton, MA 02186__

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

*Joseph P Casey*

A true copy Attest:

_____ Deputy Sheriff Suffolk County

9-20-21

4. Legal Assistance. You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. Required information on all filings: The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. ~~xxxxxxxxxxxxxxx~~ Heidi E. Brieger, Chief Justice on _____, 20____.

_Michael Joseph Donovan_
Michael Joseph Donovan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20___     Signature: _____

N.B. TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

TRIAL COURT OF MASSACHUSETTS
SUFFOLK SUPERIOR COURT
CIVIL ACTION NO.: New Matter

---

CAROL CONWAY,
        Plaintiff,

v.

UNITED AIRLINES, INC.,
        Defendant.

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Carol Conway, is an individual residing at 6151 Everett Street, Naples, Collier County, Florida, 34112.

2. The Defendant, United Airlines, Inc., is a foreign corporation, having a principal place of business at 233 S. Whacker Drive, Chicago, Illinois 60606, with a local registered agent, CT Corporation System, located at 155 Federal Street, Suite 700, Suffolk County, Boston, MA 02110.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to M.G.L. c. 212 § 3 because there is a reasonable likelihood that the damages in this case exceed $50,000.

4. Venue is proper in the Commonwealth of Massachusetts and Suffolk County as the Defendant transacts business within Suffolk County, Massachusetts, and the Plaintiff's flight originated at Logan Airport, Boston, Suffolk County, Massachusetts.

## STATEMENT OF FACTS

5. On or about July 6, 2018, the Plaintiff was a passenger on a United Airlines flight, departing from Logan Airport in Boston, Massachusetts, and arriving for a connecting flight at Dulles International Airport in Dulles, Virginia.

6. On or about July 6, 2018, the Plaintiff was a passenger on United Airlines Flight #1144, departing from Dulles International Airport in Dulles, Virginia, and arriving at Norfolk International Airport in Norfolk, Virginia.

7. On or about July 6, 2018, at approximately 1:00 p.m., the Plaintiff was boarding United Airlines Flight #1144, and while walking on the jetway, caught her toe on a raised section of the flooring, that was unguarded and not marked with contrasting colors, at the pivot point of the jetway, causing her to fall on her left shoulder.

8. Two passengers assisted the Plaintiff with her belongings and helped her walk towards the entrance of the plane.

9. Upon entering the plane, the Plaintiff was approached by a United Airlines flight attendant who asked if she wanted to return to the terminal at Dulles International Airport for medical treatment, but the Plaintiff decided to wait and receive medical treatment when she arrived at Norfolk International Airport because the flight was only approximately thirty minutes long.

10. Upon landing at Norfolk International Airport at or about 2:00 p.m., the Plaintiff was examined by Virginia Emergency Medical Services for her left shoulder injury.

11. The Plaintiff was placed in a wheelchair by Virginia Emergency Medical Services and driven by her family, at or about 3:00 p.m., to the Emergency Room at Chesapeake Regional Medical Center in North Chesapeake, Virginia.

12. The Plaintiff's fall caused her to suffer serious personal injury, incur medical bills as well as to suffer from pain and an impairment to her ability to enjoy life and attend to her usual activities.

**COUNT 1**
**NEGLIGENCE**
**(Carol Conway v. United Airlines, Inc.)**

13. The Plaintiff repeats and realleges each and every allegation in paragraphs one (1) to twelve (12) above, as though fully set forth herein.

14. On or about July 6, 2018, the Defendant, had a duty to keep their jetway reasonably safe and free of all foreseeable hazards.

15. On or about July 6, 2016, the Defendant breached said duty by failing to ensure that the jetway was reasonably free of hazardous conditions by failing to paint a raised portion of the jetway a contrasting color, failing to cordon off the dangerous condition and by failing to properly warn those using the jetway of the dangerous condition.

16. As a direct and proximate result of the Defendant's negligence as alleged, Plaintiff Carol Conway sustained severe personal injuries when she tripped over a raised section of the jetway, that was not marked with a contrasting color, nor cordoned off nor marked with warning signs, while she walked down the jetway to board the plane.

17. As a direct and proximate result of the Defendant's negligence as alleged, Plaintiff Carol Conway has suffered serious personal injuries, incurred medical bills, has suffered from pain and an impairment to her ability to enjoy life and attend to her usual activities.

18. At all times material herein, Plaintiff Carol Conway was in the exercise of due care and free of all comparative negligence.

19. Plaintiff Carol Conway has satisfied all conditions precedent to the bringing of this cause of action.

## **CONCLUSION**

WHEREFORE, the Plaintiff, Carol Conway, claims and demands judgement against the Defendant in the amount of her damages together with costs, interest, and reasonable attorney's fees.

**THE PLAINTIFF, CAROL CONWAY, CLAIMS AND DEMANDS A TRIAL BY JURY ON THIS CAUSE OF ACTION.**

Respectfully submitted,
The Plaintiff,
By her Attorney,

*/s/ Adam H. Becker*
Adam H. Becker
BBO # 561032
KECHES LAW GROUP, P.C.
2 Granite Avenue, Suite 400
Milton, MA 02186
(508) 821-4355
Abecker@kecheslaw.com
*Attorney for Plaintiff*

DATED: July 1, 2021



| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>2184CV01506 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| | | COUNTY Suffolk Superior Court (Boston) |

| Plaintiff | Carol Conway | Defendant: | United Airlines, Inc. |
|---|---|---|---|
| ADDRESS: | 6151 Everett Street, Naples, Florida 34112 | ADDRESS: | CT Corporation System |
| | | | 155 Federal Street, Suite 700, Boston, MA 02110 |
| Plaintiff Attorney: | Adam H. Becker | Defendant Attorney: | |
| ADDRESS: | 2 Granite Avenue, Suite 400, Milton, MA 02186 | ADDRESS: | |
| BBO: | 561032 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence - Personal Injury | F | ☒ YES  ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO

Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses .................................................................... $28,603.71
  2. Total doctor expenses ...................................................................... (approx.) $5,000.00
  3. Total chiropractic expenses .............................................................
  4. Total physical therapy expenses ...................................................... (approx.) $5,000.00
  5. Total other expenses (describe below) ............................................

  Subtotal (1-5): $38,603.71

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $38,603.71

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Dislocation of left shoulder joint & left shoulder rotator cuff tear and resulting in the need for arthroscopic surgery

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X  /s/ Adam H. Becker      Date: 7/1/2021

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X  /s/ Adam H. Becker      Date: 7/1/2021

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2184CV01506 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Conway, Carol vs. United Airlines, Inc. | | Michael Joseph Donovan, Clerk of Court |
| TO: Adam H Becker, Esq.<br>Keches Law Group<br>2 Granite Ave<br>Suite 400<br>Milton, MA 02186 | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                                                    **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 09/30/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 11/01/2021 | |
| All motions under MRCP 12, 19, and 20 | 11/01/2021 | 11/29/2021 | 12/29/2021 |
| All motions under MRCP 15 | 11/01/2021 | 11/29/2021 | 12/29/2021 |
| All discovery requests **and depositions** served and non-expert depositions completed | 04/28/2022 | | |
| All motions under MRCP 56 | 05/30/2022 | 06/27/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/25/2022 |
| Case shall be resolved and judgment shall issue by | | | 07/03/2023 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 07/02/2021 | Anh T Bungcayao | |

Date/Time Printed: 07-02-2021 11:36:48                                                                SCV026\ 08/2018